United States District Court
Southern District of Texas

**ENTERED**

November 05, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TABARI STRONG, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00171 |
| | § | |
| BOBBY LUMPKIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

This is a civil rights case filed jointly by three Texas inmates:  Tabari Strong, Eddric Williams and Elias Bihl.  Plaintiffs primarily complain of a new TDCJ contraband policy regarding possession of certain photographs, publications and drawings considered to be sexually explicit.  On September 13, 2021, the undersigned instructed Plaintiffs their claims must be evaluated and screened separately according to the specific factual allegations of each Plaintiff.  (D.E. 7).  Each Plaintiff was ordered to complete and file a separate 1983 inmate civil rights complaint form and to either pay the full filing fee or move to proceed *in forma pauperis* on or before October 11, 2021.

The requirement of separate complaint forms and separate *in forma pauperis* applications is consistent with the Prison Litigation Reform Act.  *See Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001)(each inmate Plaintiff required to pay a full filing fee); *Beaird v. Lappin*, No. 3:06-cv-0967-L, 2006 WL 2051034, (N.D. Tex. July 24, 2006)(requiring inmate plaintiff to proceed in separate actions)

1 / 3

Only Plaintiff Strong complied with the undersigned's initial order (D.E. 7).   On October 15, 2021, an Order to Show Cause was entered giving Plaintiffs Williams and Bihl until October 29, 2021 to comply.  (D.E. 16).   Plaintiff Williams has now also complied. Therefore, the Clerk of Court was ordered to file Plaintiffs Strong and Williams complaints as separate cases, each with new case numbers.  To date, Plaintiff Bihl has submitted no additional filings to the Court.

Therefore, it is respectfully RECOMMENDED that Plaintiff Bihl's case be DISMISSED pursuant to Fed. R. Civ. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).  It is further RECOMMENDED that this case be closed as the remaining two Plaintiffs, Strong and Williams, have now filed separate complaints which will be assigned new cases numbers.

 Respectfully submitted on November 5, 2021.

Jason B. Libby
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  *Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) (en banc).